IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE CO., as subrogee of, Big Y, LLC <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS COFFEE & TEA CO. <br><br> Defendant. | CIVIL ACTION <br><br> No. 2:18-cv-00206-DSC |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims are dismissed with prejudice. Each party to bear their own costs.

/s/ Michael O'Donnell

Michael O'Donnell
COZEN O'CONNOR
1650 Market St., Suite 2800
Philadelphia, PA 19103
(215) 665-6932
mdodonnell@cozen.com

Maura Winters
COZEN O'CONNOR
One Oxford Centre
301 Grant Street, 26th Floor
Pittsburgh, PA 15219
(412) 620-6487
mwinters@cozen.com

/s/ Kenneth Hardin

Kenneth J. Hardin II
Alex Poorman
HARDIN THOMPSON
The Frick Building
437 Grant St., Suite 620
Pittsburgh, PA 15219

## **CERTIFICATE OF SERVICE**

I, Michael D. O'Donnell, Esq., hereby certify that on the 2nd day of December, 2019, I served the foregoing on all counsel of record via this Court's electronic filing system.

/s/ Michael D. O'Donnell
Michael D. O'Donnell
